**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6973**

---

FERNANDO ARMSTEAD,

Plaintiff - Appellant,

versus

D. A. BRAXTON, Former Warden; TRACEY S. RAY,
Warden; MAJOR FLEMING, Former Major;
LIEUTENANT K. MCCOY; SERGEANT DEED; J.
FLEMING, Correctional Officer; J. POWERS,
Correctional Officer,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (7:06-cv-00201-jlk)

---

Submitted: February 5, 2007      Decided: February 22, 2007

---

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Fernando Armstead, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fernando Armstead appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Armstead v. Braxton</u>, No. 7:06-cv-00201-jlk (W.D. Va. Apr. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>